IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV136 |
| | ) | |
| v. | ) | ORDER FOR EXTENSION |
| | ) | OF TIME TO SERVE SUMMONS |
| VIVIAN R. MARVIN (deceased), et. al, | ) | AND COMPLAINT |
| | ) | |
| | ) | |
| Defendants. | ) | |

Upon the Plaintiff's Motion for Extension of Time to Serve Summons and Complaint, (filing no. 14),

IT IS HEREBY ORDERED that Plaintiff is granted until October 16, 2009, within which to complete service by publication upon Defendants Vivian R. Marvin (deceased); and the Unknown Heirs, Executors, Administrators, Devisees, Trustees, Legatees, Creditors, and Assignees of such of the defendants as may be deceased; the Unknown Spouses of the defendants; the Unknown Stockholders, Officers, Successors, Trustees, Creditors and Assignees of such defendants as are existing, dissolved or dormant corporations; the Unknown Executors, Administrators, Devisees, Trustees, Creditors, Successors and Assignees of such defendants as are or were partners or in partnership; and the Unknown Guardians, Conservators and Trustees of such of the defendants as are minors or are in any way under legal disability; and the Unknown Heirs, Executors, Administrators, Devisees, Legatees, Trustees, Creditors and Assignees of any Person alleged to be deceased and made defendants as such.

DATED this 31st Day of July, 2009.    BY THE COURT:

*Richard G. Kopf*
United States District Judge